**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

**WAYNE RAND, Appellant**

**V.**

**STEVE MCMASTERS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13633**

## ORDER

The reporter's record in this case is overdue. By postcard dated January 24, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Antonette Regor, Official Court Reporter for the 68th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Antonette Regor
Official Court Reporter, 68th Judicial District Court

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE